Opinion approved by the court.

## BENTON v. STATE.

### No. 25208.

Court of Criminal Appeals of Texas.

Feb. 28, 1951.

———◆———

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was found guilty by a jury of the offense of receiving and concealing stolen property of the value of $50 or over,

and his punishment assessed at eight years confinement in the penitentiary.

No bills of exception or statement of facts are found in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.